UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| CITY OF AUGUSTA, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>OSHKOSH CORPORATION, et al.,<br><br>       Defendants. | Case No. 1:25-cv-01543-BBC<br><br>Hon. Byron B. Conway |
| THE NEWSTEAD FIRE CO., INC., individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br>v.<br><br>OSHKOSH CORPORATION, et al.,<br><br>       Defendants. | Case No. 1:25-cv-01693-BBC<br><br>Hon. Byron B. Conway |
| CITY OF PHILADELPHIA, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br> v.<br><br>OSHKOSH CORPORATION, et al.<br><br>       Defendants. | Case No. 1:25-cv-01801-BBC<br><br>Hon. Byron B. Conway |

**JOINT MOTION OF PLAINTIFFS CITY OF PHILADELPHIA, CITY OF AUGUSTA, AND THE NEWSTEAD FIRE CO., INC. ("DIRECT PURCHASER PLAINTIFFS") TO CONSOLIDATE ACTIONS AND TO APPOINT INTERIM CO-LEAD CLASS COUNSEL AND INTERIM LIAISON CLASS COUNSEL**

Plaintiff City of Augusta, Plaintiff The Newstead Fire Co., Inc., and Plaintiff City of Philadelphia (collectively, "Direct Purchaser Plaintiffs") jointly move, pursuant to Federal Rule of Civil Procedure 42(a), and for the reasons set forth in the accompanying memorandum of law, to consolidate the following related Antitrust Direct Purchaser Class Action matters: *City of Philadelphia v. Oshkosh Corporation, et al.,* No. 1:25-cv-01801-BBC; *City of Augusta v. Oshkosh Corporation, et al.,* No. 1:25-cv-01543-BBC; and *The Newstead Fire Co., Inc. v. Oshkosh Corporation,* No. 1:25-cv-01693-BBC (collectively, "Related Matters") for purposes of filing a Consolidated Amended Class Action Complaint on behalf of all direct purchasers of Fire Apparatus, who have filed in this district, in a manner that is coordinated with and that contemplates the filing of a separate Consolidated Amended Class Action Complaint on behalf of indirect purchasers of Fire Apparatus, followed by a uniform date for defendants to respond to the two Consolidated Amended Complaints.

The Direct Purchaser Plaintiffs also move, pursuant to Federal Rule of Civil Procedure 23(g) for the appointment of interim co-lead direct purchaser class counsel and interim direct purchaser class liaison counsel, for the reasons more fully set forth in the accompanying memorandum and in the interests of justice and economy.

[SPACE INTENTIONALLY BLANK]

Dated: November 20, 2025                    Respectfully submitted,

| | |
|---|---|
| Gregory P. Hansel* <br> Michael S. Smith* <br> Elizabeth F. Quinby* <br> Michael D. Hanify* <br> PRETI FLAHERTY BELIVEAU & PACHIOS, LLP <br> One City Center <br> P.O. Box 9546 <br> Portland, ME 04112 <br> Tel: (207)791-3000 <br> ghansel@preti.com <br> msmith@preti.com <br> equinby@preti.com <br> mhanify@preti.com <br><br> *Counsel for Plaintiff City of Augusta and Proposed Interim Direct Purchaser Co-Lead Counsel* | By: */s/ Christopher E. Avallone* <br> Beth Kushner, SBN 1008591 <br> Christopher E. Avallone, SBN 1095465 <br> von BRIESEN & ROPER, s.c. <br> 411 East Wisconsin Avenue, Suite 1000 <br> Milwaukee, WI 53202 <br> Tel: (414) 276-1122 <br> beth.kushner@vonbriesen.com <br> christopher.avallone@vonbriesen.com <br><br> *Counsel for Plaintiff City of Augusta and Proposed Interim Direct Purchaser Liaison Counsel* |
| Joseph C. Kohn* <br> William E. Hoese* <br> Zahra R. Dean* <br> KOHN SWIFT & GRAF, P.C. <br> 1600 Market Street, Suite 2500 <br> Philadelphia, PA 19103 <br> Tel: (215) 238-1700 <br> jkohn@kohnswift.com <br> whoese@kohnswift.com <br> zdean@kohnswift.com <br><br> *Counsel for Plaintiff City of Augusta and Proposed Class* | William G. Caldes* <br> Jeffrey L. Spector* <br> SPECTOR ROSEMAN & KODROFF, P.C. <br> 2001 Market Street, Suite 3420 <br> Philadelphia, PA 19103 <br> Tel: (215) 496-0300 <br> Fax: (215) 496-6611 <br> BCaldes@srkattorneys.com <br> JSpector@srkattorneys.com <br><br> *Counsel for Plaintiff City of Augusta and Proposed Class* |

 s/ Michael J. Flannery
Michael J. Flannery (WIED No. 110084)
CUNEO GILBERT & LADUCA, LLP
2 CityPlace Drive
Second Floor
St. Louis, MO 63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

*Counsel for Plaintiff The Newstead Fire Co., Inc. and Proposed Interim Co-Lead Direct Purchaser Class Counsel*

Marco Cercone
RUPP PFALZGRAF LLC
1600 Liberty Building
Buffalo, NY 14202
Telephone: (716) 854-3400
cercone@rupppfalzgraf.com

*Counsel for Plaintiff The Newstead Fire Co., Inc. and Proposed Class*

Richard R. Barrett
LAW OFFICES OF RICHARD R. BARRETT, PLLC
2086 Old Taylor Road, Suite 1011
Oxford, MS 38655
Telephone: (662) 380-5018
rrb@rrblawfirm.net

*Counsel for Plaintiff The Newstead Fire Co., Inc. and Proposed Class*

Evelyn Riley*
Cody McCracken*
CUNEO GILBERT & LADUCA, LLP
2445 M Street NW
Suite 740
Washington, DC 20037
Telephone: (202) 789-3960
evelyn@cuneolaw.com
cmccracken@cuneolaw.com

*Counsel for Plaintiff The Newstead Fire Co., Inc. and Proposed Interim Co-Lead Direct Purchaser Class Counsel*

Shawn M. Raiter (WI # 1022977)
LARSON · KING, LLP
30 East Seventh Street
Suite 2800
St. Paul, MN 55101
Telephone: (651)312-6518
sraiter@larsonking.com

*Counsel for Plaintiff The Newstead Fire Co., Inc. and Proposed Class*

Don Barrett
Sterling Aldridge
BARRETT LAW GROUP, P.A.
404 Court Square North
Lexington, MS 39095-0927
Telephone: (662) 834-9168
donbarrettpa@gmail.com
saldridge@barrettlawgroup.com

*Counsel for Plaintiff The Newstead Fire Co., Inc. and Proposed Class*

Patrick W. Pendley
Christopher L. Coffin
PENDLEY BAUDIN COFFIN
24110 Eden Street
Plaquemine, LA 70765
Telephone: (225) 687-6396
pwpendley@pbclawfirm.com
ccoffin@pbclawfirm.com

*Counsel for Plaintiff The Newstead Fire Co., Inc. and Proposed Class*

By: /s/ Stephen R. Basser_____
Stephen R. Basser (WIED No. 121590)
Samuel M. Ward (WIED No. 216562)
**BARRACK, RODOS & BACINE**
600 West Broadway, Suite 900
San Diego, CA 92101
Tel.: (619) 230-0800
Fax: (619) 230-1874
E-mail: sbasser@barrack.com
E-mail: sward@barrack.com

Jeffrey A. Barrack (WIED No. 78438)
Danielle M. Weiss*
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel.: (215) 963-0600
Fax: (215) 963-0838
E-mail: jbarrack@barrack.com
E-mail: dweiss@barrack.com

William J. Ban*
Eleven Times Square
640 8th Avenue, 10th Floor
New York, New York 10036
Tel.: (212) 688-0782
Fax.: (212) 688-0783
E-mail: wban@barrack.com

*Counsel for City of Philadelphia and Proposed Interim Co-Lead Direct Purchaser Class Counsel*

*Application for admission to be filed