UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| CITY OF AUGUSTA, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>OSHKOSH CORPORATION, et al.,<br><br>      Defendants. | Case No. 1:25-cv-01543-BBC<br><br>Hon. Byron B. Conway |
| THE NEWSTEAD FIRE CO., INC., individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>OSHKOSH CORPORATION, et al.,<br><br>      Defendants. | Case No. 1:25-cv-01693-BBC<br><br>Hon. Byron B. Conway |
| CITY OF PHILADELPHIA, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>OSHKOSH CORPORATION, et al.<br><br>      Defendants. | Case No. 1:25-cv-01801-BBC<br><br>Hon. Byron B. Conway |

**DECLARATION OF STEPHEN R. BASSER**

 I, Stephen R. Basser, hereby declare and state as follows:

1. I am a partner at Barrack, Rodos & Bacine ("BRB"), and I am a member in good standing of, among others, the bar of this Court. The matters described in this declaration are based on my personal knowledge, and if called as a witness, I could and would testify truthfully and consistently with what is stated below.

2. All current direct purchaser plaintiffs' counsel, whose clients have filed a complaint in this district, unanimously support the proposed leadership structure. As proposed interim co-lead counsel for the proposed class of direct purchasers in this antitrust matter, BRB will continue to coordinate and collaborate with plaintiffs' counsel in the indirect purchaser cases, and with counsel for Defendants to efficiently and effectively advance this litigation. BRB will also ensure that this matter is adjudicated in an efficient manner, including by establishing a time-and-expense reporting protocol for all counsel, engaging experienced attorneys to assist as needed, and avoiding unnecessary duplication of work.

3. BRB has offices in Philadelphia, Pennsylvania, San Diego, California, and New York, New York. BRB represents clients in complex class action litigation, involving issues of antitrust, securities, corporate governance, consumer protection, and products liability. *See* Exhibit A, a true and correct copy of BRB's Firm Biography.

4. BRB filed a direct purchaser claim on behalf of City of Philadelphia, the sixth largest city in the United States and a direct purchaser of Fire Apparatus. Before filing the complaint, our firm spent significant time investigating the nature of the conspiracy at issue and its effect on purchasers of Fire Apparatus.

5. BRB has considerable experience in the successful representation of plaintiff classes in antitrust matters as co-lead counsel or as a member of a court-appointed executive committee. Representative matters include: *Thomas & Thomas Rodmakers, Inc. v. Newport*

*Adhesives and Composites, Inc., et al.*, $67.5 million settlement); *In re Graphite Electrodes Antitrust Litigation* (settlements exceeded $133 million); *In re Citric Acid Antitrust Litigation*, (> $80 million recovered); *In re Sorbates Antitrust Litigation*, (> $80 million recovered); *In re Automotive Refinishing Paint Antitrust Litigation*, (> $105 million in settlements); *In re Flat Glass Antitrust Litigation*, (>$120 million recovered); *In re Polypropylene and Nylon Carpet Antitrust Litigation*, ($50 million in settlements); and *In re Vitamins Antitrust Litigation*, (served on Executive Committee), (settlements > $1 billion). *See* Exhibit A.

6. BRB has extensive lead counsel experience and a proven track record of success representing plaintiff classes in other types of complex class action litigation matters. *See* Exhibit A. Additional information may be found on the BRB website: www.barrack.com.

7. BRB is accustomed to advancing the costs of litigation associated with complex cases and routinely invests significant financial resources in litigating claims against the largest and most well-funded defendants in the world. BRB will bring the same resources and commitment to its prosecution of this case.

I declare under penalty of perjury that the forgoing in true and correct.

Executed this 20th day of November 2025,      __*s/ Stephen R. Basser*_____
in San Diego, CA      Stephen R. Basser