**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| CITY OF AUGUSTA, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>OSHKOSH CORPORATION, et al.,<br><br>              Defendants. | Case No. 1:25-cv-01543-BBC<br><br>Hon. Byron B. Conway |
| THE NEWSTEAD FIRE CO., INC., individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>    v.<br><br>OSHKOSH CORPORATION, et al.,<br><br>              Defendants. | Case No. 1:25-cv-01693-BBC<br><br>Hon. Byron B. Conway |
| CITY OF PHILADELPHIA, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>OSHKOSH CORPORATION, et al.<br><br>              Defendants. | Case No. 1:25-cv-01801-BBC<br><br>Hon. Byron B. Conway |

**<u>DECLARATION OF GREGORY P. HANSEL</u>**

I, Gregory P. Hansel, hereby declare and state as follows:

25085486.3

1.      I am a partner at Preti Flaherty Beliveau & Pachios LLP ("Preti") and I am a member in good standing of the State Bar of Maine. The matters described herein are based on my personal knowledge, and if called as a witness, I could and would testify truthfully thereto.

2.      Plaintiffs in these Related Matters allege that defendants conspired to fix and maintain prices in the Fire Trucks and Apparatus market, in violation of the federal antitrust laws.

3.      Here, all current direct purchaser plaintiffs' counsel in this District unanimously support the proposed structure. Proposed interim class counsel have already taken significant steps to identify and investigate direct purchaser plaintiffs' claims and to advance this litigation.

4.      As proposed co-lead counsel for direct purchasers in this matter, Preti will continue to coordinate and collaborate with Plaintiffs' counsel in the indirect purchaser cases, and with counsel for Defendants to efficiently and effectively advance this litigation. Preti will also ensure that this matter is adjudicated in an efficient manner, including by establishing a time-and-expense reporting protocol for all counsel, engaging experienced attorneys to assist as needed, and avoiding unnecessary duplication of work.

5.      Preti is an 85-lawyer, full service commercial law firm with offices in Massachusetts, Maine, and New Hampshire.

6.      Preti, along with its co-counsel, filed the first direct purchaser action in this litigation, on behalf of the City of Augusta. Before filing that case, I, along with Preti attorneys, spent significant time investigating the nature of the conspiracy at issue and its effect on the direct purchasers.

7.      Preti has represented plaintiffs and defendants, including many Fortune 500 corporations, in class actions and other complex litigation. Courts have recognized the firm's capabilities by appointing it to leadership positions in recent complex antitrust and multidistrict

25085486.3

class actions: *In re Automotive Parts Antitrust Litigation,* MDL 2311 (D.Mich.) (Co-Lead Counsel for settlement classes of direct purchasers achieving over $300 million in recoveries); *Pro Slab, Inc. et al. v. Argos USA LLC, et al.,* Case No. 2:17-cv-03185-BHH (D.S.C.) (Co-Lead Counsel for direct purchaser class, $19 million in partial class settlements to date); *Iowa Ready-Mix Concrete Antitrust Litig.,* No. C 10-4038-MWB (N.D. Iowa) (Co-Lead Counsel for direct purchaser class, Court approved settlement of $18.5 million); *In re Marine Hose Antitrust Litig.,* MDL Docket No. 1888 (S.D. Fla.)(Co-Lead Counsel for direct purchaser class, settlements of $32 million); *In re Foundry Resins Antitrust Litig.,* MDL Docket No. 1638 (S.D. Ohio) (Co-Lead Counsel for direct purchaser class, settlements of $14 million); and *Blind Builders USA Inc.* v. *Royal Window Coverings (USA) L.P. ("Window Coverings Antitrust Litigation"),* Case No. 07-1387 (E.D. Pa.). The firm was also appointed Liaison Counsel in *In re Compact Disc Minimum Advertised Price Antitrust Litig.,* MDL No. 1361 (D. Maine) ($143 million in settlements); and a member of the Executive Committees in *In re Apple Inc. Smartphone Antitrust Litigation*, 2:24-md-03113 (D. N.J.) (representing indirect purchaser class); *In re: Farm-Raised Salmon and Salmon Products Antitrust Litigation*, Case No. 19-21551-CIV (S.D. Fla.) (Direct purchaser settlements of $85 million) and *In re Chocolate Confectionary Antitrust Litig.,* MDL No. 1935 (M.D. Pa.).

8. The firm has been praised for its straightforward and efficient approach to litigation. In Iowa Ready-Mix Concrete, Judge Bennett stated that "[t]hrough their extremely skilled and efficient efforts, class counsel marshaled sufficient evidence and archived settlements that were highly favorable to the class members, all within a year and a half of the original case filing." Order, November 9, 2011. The court went on to say the case was "a model for the nation that class actions can, indeed, work exactly as Congress and the federal courts intended" and "[t]his case has been to me what it was like when I stood before da Vinci's 'Mona Lisa' and

25085486.3

Michelangelo's 'David,' observing the great masters' works." In Window Coverings, Co-Lead Counsel Preti Flaherty was recognized by Judge Diamond for the quality and efficiency of their work. He wrote: "Plaintiffs' Counsel showed consummate skill and efficiency in prosecuting this case – the settlement...they obtained illustrates their ability." Order on Motion for Attorneys' Fees, Expenses and Incentive Awards, November 29, 2007. In approving a $14.2 million antitrust class action settlement in a case in which Preti Flaherty was one of the Lead Counsel, Judge Frost of the Southern District of Ohio commented, "I wouldn't have ever thought that this case would have proceeded along as smoothly as it did." In re Foundry Resins Antitrust Litig, MDL No. 1638, Transcript of hearing on final approval of settlement, March 28, 2008 at 32.

9.      I am a partner in the firm and led the firm's work in the foregoing cited matters. I am Board Certified in Antitrust in Trade Regulation by the Florida Bar Board of Legal Certification and Specialization. I serve as Co-Chair, American Bar Association Section of Antitrust Law Unilateral Conduct Committee.  I previously served as Vice Chair, Florida Bar, Antitrust & Trade Regulation Law Certification Committee. I am recognized in Best Lawyers in America for Class Actions-Plaintiffs.

10.      Other attorneys at Preti will be principally involved in litigating this matter. Managing Partner Michael Smith maintains a national practice centered on plaintiff-side antitrust litigation. He routinely represents plaintiffs in some of the largest antitrust class actions in the country, including In re Delta Dental Antitrust Litigation; In re Apple Inc. Smartphone Antitrust Litigation; In re FICO Antitrust Litigation; In re Automotive Parts Antitrust Litigation; and In re: Broiler Chicken Antitrust Litigation (over $140 million in settlements).

11.      More information about Preti is available at the firm's website, www.https://preti.com/.

25085486.3

12.     Preti has the financial resources and deep bench of seasoned trial and litigation attorneys to litigate complex antitrust claims against well-funded and well-represented defendants. Preti will do the same in this action. Preti and von Briesen & Roper stand ready to dedicate the resources necessary to represent and protect the interests of the putative direct purchaser plaintiff class through rigorous motion practice, discovery, class certification, and trial.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2025            s/     *Gregory P. Hansel*
                                               Gregory P. Hansel

25085486.3