# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**IN RE: FIRE APPARATUS AND
ANTITRUST LITIGATION**

**TELEPHONE CONFERENCE**

**This document relates to all cases.**

**Case No. 26-MD-3179**

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH, presiding | Time Called: <u>09:31 a.m.</u> |
| Proceeding Held: May 13, 2026 | Time Concluded: <u>10:08 a.m.</u> |
| Deputy Clerk: Mara | Tape: <u>Zoom 051326</u> |

<u>**Appearances:**</u> **SEE ATTACHED LIST**

The Court indicates the parties are requesting that the case proceed on 3 separate tracks per the status reports submitted by counsel:

      1) Direct (Non-Class) Individual Plaintiffs Action
      2) Direct Purchaser Plaintiffs Class Action
      3) Indirect Purchaser Plaintiffs Class Action

Catherine Simonsen, Michael Flannery, and Steve Berman agree with the proposal for 3 separate tracks.

The Court notes there is an agreement to lead counsel for the direct (non-class) individual plaintiffs action and direct purchaser plaintiffs class action, but there is a dispute as to lead counsel for the indirect purchaser plaintiffs class action.

Reid Schar addresses defendants' position.
Mr. Flannery addresses concern as to the track of the individual cases if the class is certified.
The Court notes that the class has not yet been certified.

The Court inquires if the parties anticipate filing a new amended complaint.
Mr. Flannery states there may be an interlineation amendment but no substantive change as to the direct purchaser plaintiffs class action. Mr. Flannery believes the amended complaint can be filed within 1 week.
Ms. Simonsen states the amended complaint on behalf of the direct non-class individual plaintiffs action can be filed within 1 week.
Mr. Berman anticipates filing an amended complaint as to the indirect purchaser plaintiffs class action within 1 week.

Jennifer Hackett requests that the Court revisit lead counsel for the indirect purchaser plaintiffs class action and file a motion for interim lead counsel. Elizabeth Castillo states that counsel can submit a leadership application by the end of the week. Garrett Heilman believes a larger leadership team is appropriate. Mr. Berman responds.

**The Court appoints Simonsen Sussman LLP and Baron & Budd, P.C. as lead counsel as to the direct (non-class) individual plaintiffs action.** Counsel may submit a proposed order for appointment of lead counsel as to the direct (non-class) individual plaintiffs action.
**The Court confirms the appointment of interim-lead counsel for the direct purchaser plaintiffs class action as previously ordered by Judge Conway.**

**The Court withholds ruling on the appointment of lead counsel for the indirect purchaser plaintiffs class action.** The Court advises attorneys seeking lead counsel to confer with each other.

Direct (Non-Class) Individual Plaintiffs Action and Direct Purchaser Plaintiffs Class Action shall file their amended complaints within 1 week.

Mr. Flannery inquires as to a meet and confer conference pursuant to Rule 26. Mr. Schar responds.
The Court is not ordering any deadlines pursuant to Rule 26 at this time.

Dan Conley anticipates filing a motion to dismiss based on lack of jurisdiction.
The Court will refer the motion to the MDL Panel, if necessary.

**The Court orders the following pending motions to be terminated as moot.**
26-cv-572 Dkt #93 and #104
26-cv-573 Dkt #32 and #54
26-cv-632 Dkt #60

**The Indirect Purchaser Plaintiffs' motion for appointment of lead counsel due by 5/22/2026. Briefs shall be limited to 25 pages.**
**The Court states all motion deadlines previously scheduled in the cases that have been assigned to the MDL are VACATED.**