# <u>APPEARANCES</u>
*(Per emails received from counsel pursuant to the Notice of Hearing issued on 4/24/2026)*

**PLAINTIFFS:**
- Catherine Simonsen, Nico Gurian, Lindsay Stevens, Jason Julius, and Andrew Skwierawski
(<u>Direct Action Plaintiffs:</u> City of Green Bay, City of Portsmouth, City of Oakland, City of Allentown, City of Portland, People of the State of California, *acting by and through the San Diego City Attorney's Office*, City of San Diego, City of Hartford, County of Shasta, County of Butte, Unified Fire Authority, People of the State of California, *acting by and through the Office of County Counsel, County of San Diego,* County of San Diego, San Diego County Fire Protection District, The City of Santa Barbara, Ebbetts Pass Fire Protection District, People of the State of California, *acting by and through the Los Angeles County Counsel,* County of Los Angeles, Consolidated Fire Protection District of Los Angeles County)
- Joseph J. DePalma and Laura K. Mummert (City of Chelsea, Borough of Roseland)
- David Weber (City of Liberty Missouri)
- Jeffrey A. Barrack and Danielle M. Weiss (City of Philadelphia)
- Michael J. Flannery and Evelyn Riley (The Newstead Fire Co., Inc., The Metropolitan Government of Nashville & Davidson County)
- Gregory P. Hansel and Michael S. Smith (City of Augusta)
- Joseph R. Saveri and David Seidel (City of Revere)
- Beth J. Kushner and Christopher E. Avallone (liaison counsel for the putative DPP Class)
- Adam J. Zapala, Elizabeth T. Castillo, and Christian S. Ruano (City of Arcadia)
- James Robertson Martin and Jennifer Duncan Hackett (Unified Government of Kansas City KS and Wyandotte County)
- Garrett Heilman (City of Rochester New York)
- George Zelcs, Daniel Epstein, and Labeat Rrahmani (City of Fullerton)
- Joseph Newbold and Natalie Finkelman (City of Milwaukee)
- Kevin Landau (Commack Fire District)
- Milena Lai and Casey Verville (City of Ann Arbor, City of Middletown, City of Ridgeland)
- Dan Gustafson, Dan Hedlund, Joshua Rissman, Frances Mahoney-Mosedale, and Gabrielle Kolb (City of Onalaska)
- Steve Berman, Stephanie Verdoia, Moses Jehng, Erin Dickinson and Ben Kaplan (City of La Crosse, Claverack Fire District)

**DEFENDANTS:**
- Mari Grace and Joseph Olson
(<u>REV Group Defendants:</u> REV Group, Inc. REV Group, LLC, E-ONE, Inc., Kovatch Mobile Equipment Corp., KME Global, LLC, KME Holdings, LLC, KME RE Holdings LLC, Ferrara Fire Apparatus, Inc., FFA Holdco, Inc., FFA Acquisition Co., Inc., Ferrara Fire Apparatus Holding Company, Inc., Spartan Fire, LLC, Smeal SFA, LLC, Smeal LTC, LLC, Smeal Holding, LLC, Detroit Truck Manufacturing, LLC)
- Chris Cowan (Durango Fire Protection District)
- Reid Schar and Dan Flaherty (Oshkosh Corporation, Pierce Manufacturing, Inc., Maxi-Metal, Inc.)
- Leo Caseria and Benjamin L. Price (Boise Mobile Equipment, Inc., BME Fire Trucks LLC)
- Ashley Eickhof and David Turek (Rosenbauer America, LLC, Rosenbauer Minnesota, LLC, Rosenbauer South Dakota, LLC)
- Ed Duffy and Dan Conley (AIP CF IV, LLC, AIP CHC Investors, LLC, AIP, LLC, AIP/CHC Holdings, LLC, American Industrial Partners Capital Fund IV (Parallel) LP, American Industrial partners Capital Fund IV LP)
- Noah Beckert-McGirr (Conrad Fire Equipment)
- John P. Loringer (Fire Apparatus Manufacturers Association)
- Jessica Puetz (Reliant Fire Apparatus, Inc.)
- Marianne Robak (Siddons Martin)